FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 4 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Respondent

JOHANNES "JOHN" JARVIS

    Defendant/Movant

CASE # 13-CR-02379 JB

16cv1216 JB/KK

MEMORANDUM OF LAW AND ARGUMENT IN SUPPORT

OF MOTION TO VACATE, SET ASIDE OR CORRECT

SENTENCE PURSUANT TO 18 USC 2255

Johannes "John" Jarvis ("Jarvis") Defendant/Movant in the above matter respectfully files this memorandum of law and argument in support of the 2255 motion to vacate, set aside or correct the sentence.

I. STATEMENT OF FACTUAL ALLEGATIONS AND
PROCEDURAL HISTORY

Movant was indicted 7/11/2013: Count:1-21 18:1343; Count:22 18:1349; Count:23-38 18:1957-5800. 18:1957. Defendant was sentenced to 48 months in accordance with a category II criminal history. Defendant successfully expunged a state court conviction 10/07/2016 which stated that "...for all purposes of the law, shall be deemed not to have been arrested". (See Exhibit 'A'. This motion is timely, being less than one year subsequent to sentencing.)

II. GROUNDS

Counsel provided ineffective assistance of counsel by not expunging the aforementioned state conviction prior to sentencing. Sentencing guiddline section 4A1.2(j) clearly provides that expungement criminal history counting does not occur. This failure caused a 6 month increase

1

in the sentence by shifting from a category I to II.

   III. CONCLUSION AND REQUEST FOR RELIEF

In view of the above facts and argument, it is respectfully request that counsel provided constitutionally ineffective assistance of counsel in violation of Movant's Sixth Amendment rights. Movant respectfully requests the sentence be modified to 42 months.

_____
JOHANNES "JOHN" JARVIS - PRO SE

Federal Prison Camp

PO Box 6000

Sheridan, OR 97378-6000

# CERTIFICATE OF SERVICE

This motion and memorandum was placed in the prison mailbox system on <u>October 31, 2016</u>, in accordance with the prison mailbox rule (see Houston v Lack).

> To: United States District Court
> 333 Lomas Blvd. NW Ste 660
> Albuquerque, NM 87192

> To: United States Attorney /co
> AUSA Paige Messec
> 333 Lomas Blvd. NW
> Albuquerque, NM 87102

# AFFIDAVIT

I, Johannes "John" Jarvis, do hereby certify under penalty of perjury that the facts are true and correct to the best of my knowledge.

_____
JOHANNES "John" JARVIS IN PRO SE
Federal Prison Camp
PO Box 6000
Sheridan, OR 97378-6000

Verified Correct Copy of Original 8/3/2016

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

|  |  |
|---|---|
| STATE OF OREGON,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHANNES JAMES JARVIS,<br><br>    Defendant | Case No.: D131623M (DA 310321)<br><br>ORDER SETTING ASIDE ARREST RECORD |

THIS MATTER having come before the Court upon the Motion of the defendant for an Order Setting Aside all official records of this case pursuant to ORS 137.225; and the Court having reviewed the records and file herein, and now being fully advised, the Court hereby finds as follows:

1.) That the defendant was arrested as follows:

Original Arrest Date: 4/23/2013

Original Arrest Charge: THEFT THIRD DEGREE

Arresting Agency: WASHINGTON COUNTY SHERIFF

Date of Dismissal or Acquittal: 5/14/2014

2.) That positive identification of the defendant has been established as follows:

FBI Identification Number: 786046NB4

Oregon State Identification Number: 20066828

Arresting Agency Number: 13505986

- 1 - ORDER SETTING ASIDE ARREST RECORD

EXHIBIT "A"

Verified Correct Copy of Original 8/3/20__

3.) That the circumstances and behavior of the defendant since the date of arrest are found to warrant setting aside the arrest records;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant's arrest record herein should be and the same is set aside, pursuant to ORS 137.225, and hereafter the defendant, <u>for all purposes of the law, shall be deemed not to have been previously arrested.</u>

IT IS FURTHER ORDERED that the Clerk of the Court shall forward a certified copy of this Order to all law enforcement agencies mentioned in the Court's file, including the following:

a) Federal Bureau of Investigation,
b) Oregon State Police
c) Oregon State corrections Division,
d) Arresting Agency.

IT IS FURTHER ORDERED that thereafter the record of arrest herein shall be sealed together with all other official records in this case, including investigation reports of the involved law enforcement agencies concerning the criminal episode.

Signed: 10/4/2016 4:46:16 PM

DATED this _____ day of _____ 20____.

_____
Circuit Court Judge

Circuit Court Judge, Andrew Erwin

Certified To Be A True And
Correct Copy Of The Original

Date **OCT 07 2016**

TRIAL COURT ADMINISTRATOR
Washington County

By: _____

- 2 - ORDER SETTING ASIDE ARREST RECORD

EXHIBIT "A"